UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Guylaine DEntremont,<br><br>      Plaintiff,<br><br>      v.<br><br>Southwestern Vermont Medical Center,<br><br>      Defendant. | Civil Action No. 2:22–cv–210–KJD |

## REPORT AND RECOMMENDATION

On December 5, 2022, Plaintiff Guylaine DEntremont, a Massachusetts resident representing herself, filed an application to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915 and a proposed Complaint against Southwestern Vermont Medical Center. By Order dated January 6, 2023, the Court denied Plaintiff's IFP application without prejudice because her financial affidavit did not meet the requirements of 28 U.S.C. § 1915(a). (Doc. 4.)

Plaintiff was provided the opportunity to refile her application with an affidavit clearly stating her income, expenses, assets, and liabilities. Plaintiff was advised that her failure to do so, or to pay the filing fee of $402, by February 6, 2023, would result in dismissal of the case. *See id.* at 5–6. To date, no further filings have been received.

I recommend that this case be DISMISSED WITHOUT PREJUDICE. The Clerk of Court is requested to assign this case to a United States District Judge for consideration of this Report and Recommendation.

Dated at Burlington, in the District of Vermont, this 17th day of February 2023.

                                                                                   */s/ Kevin J. Doyle*
                                                                                   U.S. Magistrate Judge